United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 13714, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-00960 |
| | § | |
| ROBERT R KHAN, *ET AL.*, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time on Preliminary Deadlines. ECF 7. Having considered the reasons set forth in the motion, the Court finds that this motion should be GRANTED in part. It is therefore,

ORDERED that the Initial Conference is reset to July 10, 2023, at 10:00 AM. The extension of all other deadlines contained in the current Scheduling and Docket Control Order (ECF 6) will be addressed at the initial conference.

Signed on April 26, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge