IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **13714, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | Civil Action No.  4:23-cv-00960 |
| **Robert R. Khan and The Robert R. Khan** | § | |
| **Family Trust,** | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF DISMISSAL

Plaintiff 13714, LLC files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Because no defendant has been served, appeared or filed a motion for summary judgment in this matter, Plaintiff's dismissal of this case is of automatic effect and is without prejudice.

DATED:  August 25, 2023

Respectfully submitted,

**OF COUNSEL:**

**Ahmad, Zavitsanos & Mensing, PLLC**

Shawn M. Bates
State Bar No. 24027287
Federal ID No. 30758
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062
sbates@azalaw.com

*/s/ John Zavitsanos*
John Zavitsanos
Texas State Bar No. 22251650
Federal ID No.  9122
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
jzavitsanos@azalaw.com

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF 13714 LLC**

## **CERTIFICATE OF SERVICE**

On April 25, 2023, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system.

/s/ *Shawn M. Bates*
Shawn M. Bates